RECEIVED
DEC 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Michael F. Ram (SBN 104805)
2  Kart Olson (SBN 104760)
   LEVY, Ram & Olson L.L.P.
3  639 Front St. 4th Floor
   San Francisco, CA 94111
4  Tel: (415) 433-4949

5  *Counsel for Plaintiff*
   *The Louisiana Municipal Police*
6  *Employees Retirement System*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUISIANA MUNICIPAL POLICE EMPLOYEE RETIREMENT SYSTEM,<br><br>                                  Plaintiff,<br><br>      v.<br><br>KENNETH D. LEWIS, CHARLES K. GIFFORD, WILLIAM BARNETT, III, FRANK P. BRAMBLE, SR., JOHN T. COLLINS, GARY L. COUNTRYMAN, TOMMY R. FRANKS, MONICA C. LOZANO, WALTER E. MASSEY, THOMAS J. MAY, PATRICIA E. MITCHELL, THOMAS M. RYAN, O. TEMPLE SLOAN, MEREDITH R. SPANGLER, ROBERT L. TILLMAN, JACKIE M. WARD, JOE L. PRICE, AMY WOOD BRINKLEY, BRIAN T. MOYNIHAN, JR., R. EUGENE TAYLOR, NEIL A. COTTY and KEITH T. BANKS,<br><br>   and<br><br>BANK OF AMERICA CORPORATION,<br><br>                                  Nominal Defendant. | No. 08-cv-4651 BZ MMC<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF KEVIN L. OUFNAC FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Hon. Bernard Zimmerman |

[PROPOSED] ORDER GRANTING KEVIN L. OUFNAC          - 1 -
PRO HAC VICE APPLICATION – NO. 08-cv-4651 BZ

1
2   KEVIN L. OUFNAC, an active member in good standing of the bar of the State of
3   Louisiana, whose business address and telephone number is:
4
5   KAHN GAUTHIER SWICK, LLC
    650 Poydras Street, Suite 2150
    New Orleans, LA 70130
6   Telephone: (504) 455-1400
7   Facsimiler: (504) 455-1498
8   having applies in the above-entitled action for admission to practice in the Northern District of
9   California on a *pro hac vice* basis representing the Louisiana Municipal Police Employees
10  Retirement System.
11      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
12  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
13
14  *vice*. Service of papers upon and communication with co-counsel designated in the application will
15  constitute notice to the party. All future filings in this action are subject to the requirements
16  contained in General Order No. 45, *Electronic Case Filing*.
17
18  Dated: December 5, 2008                    _____
19                                             UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING KEVIN L. OUFNAC     - 2 -
PRO HAC VICE APPLICATION – NO. 08-cr-4651 BZ