ORIGINAL

Michael F. Ram (SBN 104805)
Kart Olson (SBN 104760)
LEVY, Ram & Olson L.L.P.
639 Front St. 4th Floor
San Francisco, CA 94111
Tel: (415) 433-4949

*Counsel for Plaintiff*
*The Louisiana Municipal Police*
*Employees Retirement System*

RECEIVED
DEC 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUISIANA MUNICIPAL POLICE EMPLOYEE RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH D. LEWIS, CHARLES K. GIFFORD, WILLIAM BARNETT, III, FRANK P. BRAMBLE, SR., JOHN T. COLLINS, GARY L. COUNTRYMAN, TOMMY R. FRANKS, MONICA C. LOZANO, WALTER E. MASSEY, THOMAS J. MAY, PATRICIA E. MITCHELL, THOMAS M. RYAN, O. TEMPLE SLOAN, MEREDITH R. SPANGLER, ROBERT L. TILLMAN, JACKIE M. WARD, JOE L. PRICE, AMY WOOD BRINKLEY, BRIAN T. MOYNIHAN, JR., R. EUGENE TAYLOR, NEIL A. COTTY and KEITH T. BANKS,<br><br>and<br><br>BANK OF AMERICA CORPORATION,<br><br>Nominal Defendant. | No. 08-cv-4651 ~~BZ~~ MMC<br><br>~~[PROPOSED]~~ ORDER GRANTING APPLICATION OF LEWIS S. KAHN FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>~~Hon. Bernard Zimmerman~~ |

[PROPOSED] ORDER GRANTING LEWIS S. KAHN PRO          - 1 -
HAC VICE APPLICATION – NO. 08-cv-4651 BZ

LEWIS S. KAHN, an active member in good standing of the bar of the State of Louisiana, whose business address and telephone number is:

> KAHN GAUTHIER SWICK, LLC
> 650 Poydras Street, Suite 2150
> New Orleans, LA 70130
> Telephone: (504) 455-1400
> Facsimiler: (504) 455-1498

having applies in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Zurich American Insurance Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 5, 2008

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING LEWSI S. KAHN PRO HAC VICE APPLICATION – NO. 08-cr-4651 BZ         - 2 -