# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH D. LEWIS, *et al.*<br><br>　　　　　Defendants. | Case No.  08 CV 04651 ~~BZ~~ MMC<br><br>**~~[PROPOSED]~~ ORDER ON STIPULATION REGARDING WAIVER OF SERVICE OF SUMMONS AND RESPONSE DATE** |

Upon consideration of the parties' stipulation regarding waiver of service and response date, **IT IS HEREBY ORDERED THAT:**

Defendants shall have until February 27, 2009, to answer, move or otherwise respond to the Complaint.

Dated:　~~November　, 2009~~　December 11, 2008

*/s/ Maxine M. Chesney*
Maxine M. Chesney
United States District Judge

~~[PROPOSED]~~ ORDER RE RESPONSE DATE
08 CV 04651 BZ