1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, Derivatively and on Behalf of Bank of America Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH D. LEWIS, *et al.*<br><br>Defendants. | Case No.  08 CV 04651 MMC<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO TRANSFER AND DISMISS AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |

Upon consideration of the parties' stipulation regarding briefing schedule on defendants' motions to transfer and dismiss and request to continue case management conference, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. Defendants shall file their motion to transfer the action to the Western District of North Carolina pursuant to 28 U.S.C. § 1404 on or before January 23, 2009;

2. Plaintiff shall file its opposition on or before February 23, 2009;

3. Defendants shall file their reply on or before March 16, 2009; and the hearing on the motion shall be on April 10, 2009; and

4. Defendants shall have until 30 days after a ruling on the transfer motion to move to dismiss or otherwise respond to the complaint.  Plaintiff shall have 35 days to file its opposition to any motion to dismiss, and defendants shall have 21 days to file any replies., and the hearings on any motions to dismiss shall be no earlier than 21 days after the deadline for the filing of such replies.

[PROPOSED] ORDER SETTING BRIEFING SCHEDULE 08 CV 04651 MMC

1  5. The Case Management Conference currently set for February 27, 2009 at
2  10:30 a.m. is hereby continued ~~until a later date to be set by the Court~~ to June 12, 2009.

Dated: January 13, 2009

_____
The Hon. Maxine M. Chesney
United States District Judge

- 2 -  [PROPOSED] ORDER SETTING BRIEFING SCHEDULE 08 CV 04651 MMC