ORIGINAL

FAXED

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Louisiana Municipal Police Employees Retirement System, Derivatively,<br><br>Plaintiff,<br><br>v.<br><br>Kenneth D. Lewis, et al.<br><br>Defendant. | CASE NO. C-08-4651-MMC<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Ronit Setton                                          , whose business address and telephone number is

Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281
Tel: 212-504-6130

and who is an active member in good standing of the bar of  (see attached list of admissions)

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  (see attached list of defendants).

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: January 22, 2009

_____
United States District Judge

## List of Admissions: Ronit Setton

United States District Court, Southern District of New York: March 16, 1993

United States District Court, Eastern District of New York: March 16, 1993

United States Supreme Court: August, 2000

New York Supreme Court, Appellate Division, 1st Department: March 1, 1993

United States Court of Appeals for the 5th Circuit: October, 2004

## List of Defendants represented by Ronit Setton

Kenneth D. Lewis
Charles K. Gifford
William Barnett, III
Frank P. Bramble, Sr.
John T. Collins
Gary L. Countryman
Tommy R. Franks
Monica C. Lozano
Walter E. Massey
Thomas J. May
Patricia E. Mitchell
Thomas M. Ryan
O. Temple Sloan
Meredith R. Spangler
Robert L. Tillman
Jackie M. Ward
Joe L. Price
Amy Woods Brinkley
Brian T. Moynihan
R. Eugene Taylor
Neil A. Cotty
Keith T. Banks