**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, Derivatively and on Behalf of Bank of America Corporation,<br><br>         Plaintiff,<br><br>   v.<br><br>KENNETH D. LEWIS, et al.,<br><br>         Defendants. | No. C-08-4651 MMC<br><br>**ORDER DENYING AS MOOT APPLICATION OF GREGORY A. MARKEL FOR ADMISSION PRO HAC VICE** |

   Before the Court is the application of Gregory A. Markel, counsel for defendants, for admission pro hac vice, filed January 16, 2009.  As said counsel is a member of the bar of this Court, the application is hereby DENIED as moot.

   **IT IS SO ORDERED.**

Dated: January 22, 2009

_____
MAXINE M. CHESNEY
United States District Judge