1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, Derivatively and on Behalf of Bank of America Corporation, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH D. LEWIS, *et al.* <br><br> Defendants. | Case No.  08 CV 04651 MMC <br><br> ~~[PROPOSED]~~ **ORDER ON STIPULATION REGARDING BRIEFING SCHEDULE** |

Upon consideration of the parties' stipulation regarding briefing schedule and good cause appearing, **IT IS HEREBY ORDERED THAT:**

Defendants shall have an extension of time to file any motion to transfer this action pursuant to 28 U.S.C. § 1404 to February 13, 2009.

Dated:      January 26, 2009

_____
The Hon. Maxine M. Chesney
United States District Judge

[PROPOSED] ORDER RE BRIEFING
SCHEDULE 08 CV 04651 MMC