Michael F. Ram (SBN 104805)
Karl Olson (SBN 104760)
LEVY, RAM & OLSON L.L.P.
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Lewis S. Kahn (admitted *pro hac vice*)
Albert M. Myers (admitted *pro hac vice*)
Kevin Oufnac (admitted *pro hac vice*)
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile:  (504) 455-1498

*Counsel for Plaintiff*
*The Louisiana Municipal Police*
*Employees Retirement System*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE LOUISIANA MUNICIPAL POLICE EMPLOYEE RETIREMENT SYSTEM,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH D. LEWIS, CHARLES K. GIFFORD, WILLIAM BARNETT, III, FRANK P. BRAMBLE, SR., JOHN T. COLLINS, GARY L. COUNTRYMAN, TOMMY R. FRANKS, MONICA C. LOZANO, WALTER E. MASSEY, THOMAS J. MAY, PATRICIA E. MITCHELL, THOMAS M. RYAN, O. TEMPLE SLOAN, MEREDITH R. SPANGLER, ROBERT L. TILLMAN, JACKIE M. WARD, JOE L. PRICE, AMY WOOD BRINKLEY, BRIAN T. MOYNIHAN, JR., R. EUGENE TAYLOR, NEIL A. COTTY and KEITH T. BANKS,<br><br>　　and<br><br>BANK OF AMERICA CORPORATION,<br><br>　　　　　　　　　　　Nominal Defendant. | No. 08-cv-4651 MMC<br><br>**[PROPOSED]** DISMISSAL WITHOUT PREJUDICE<br><br>Hon. Maxine M. Chesney |

[PROPOSED] DISMISSAL WITHOUT PREJUDICE – NO.　　- 1 -
08-cv-4651 MMC

1
2     BEFORE THE COURT is the stipulation and agreed motion of the parties to dismiss this
3  case, in its entirety, without prejudice.  Finding that the motion is based upon good cause, it is
4  **GRANTED**.
5     **IT IS HEREBY ORDERED** that this case be and hereby is **DISMISSED WITHOUT**
6  **PREJUDICE.**
7     Each party is to bear its own costs and expenses.
8
9
10 Dated:  February  6 , 2009                        _____
                                                    MAXINE M. CHESNEY
11                                                  UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28